# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MILLER | Case No.: 4:19-CR-0039-CDL-MSH-1 |

## ORDER ON MOTION FOR CONTINUANCE

Defendant **Anthony Miller** has moved the Court to continue the pre-trial hearing of his case, presently scheduled for November 26, 2019 and to continue the trial of this case until the Court's term of Court which is scheduled to begin February 24, 2020. The Government does not oppose this motion. Defendant was arraigned on October 23, 2019, and is currently in custody. Additional time is needed for pretrial investigation and to enter into plea negotiations between the defendant and government if warranted. The Court finds that it is in the interests of justice to allow the parties to complete investigation and to explore possible plea negotiations and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance [Doc. 18] is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's February 24, 2020 trial term. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

It is SO ORDERED, this **13th** day of **November 2019**.

s/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT COURT